**KAUFMAN DOLOWICH & VOLUCK LLP**
KATHERINE S. CATLOS, ESQ. SBN 184227
kcatlos@kdvlaw.com
URSULA D. TAMHANE, ESQ.   SBN 240491
utamhane@kdvlaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone:  (415) 402-0059
Facsimile:   (415) 402-0679

Attorneys for Cross-Defendant JERRY PAJOUH ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI, | ) Case No.: 1:07-CV-745-OWW-NEW |
| Plaintiff, | ) ACTION FILED:  May 21, 2007 |
| vs. | ) JOINT STIPULATION TO CONTINUE<br>) SCHEDULING CONFERENCE  and<br>) ORDER |
| VINCENT and CLAUDINE NOVAK, as<br>Trustees of the VINCENT and CLAUDINE<br>NOVAK Trust, | )<br>) Date:          January 4, 2008<br>) Time:          8:45 a.m. |
| Defendants, | ) Honorable Oliver W. Wanger<br>) Courtroom 3 |

Plaintiff WILLIAM TRANQUILLI; Defendants/Cross Complainants, VINCENT and

CLAUDINE NOVAK, as Trustees of the VINCENT and CLAUDINE NOVAK Trust; Cross

Defendant HT BROOKS; and Cross Defendant JERRY PAJOUH ENTERPRISES, INC. hereby

Stipulate as follows:

   1.   The parties are currently engaged in settlement discussions;

   2.   JERRY PAJOUH ENTERPRISES, INC. has only recently been added as a party in this

       litigation, and has

not entered an appearance;

   3.   The Cross-Complainants have agreed to extend the last day to file Responses to the Cross

Complaints to October 31, 2007;

   4.   An ADA site inspection is scheduled for October 18, 2007;

1

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

5.  Because not all of the parties have made appearances, and the parties are engaged in settlement discussions, the parties jointly request that the Scheduling Conference set for November 2, 2007 be continued for another forty-five (45) days.

IT IS SO STIPULATED AND AGREED:


Dated:                              **THOMAS NELSON STEWART, III,
                                     ATTORNEY AT LAW**



By: _____
            Thomas Nelson Stewart, III, Esq.
            Attorney for Plaintiff WILLIAM TRANQUILLI


Dated:                              **PEEL, GARCIA & STAMPER LLP**



By: _____
            James W. Peel, Esq.
            Attorneys for Defendants and Cross-Defendants
            VINCENT and CLAUDINE NOVAK, as Trustees of
            the VINCENT and  CLAUDINE NOVAK Trust



Dated:                              **THOMAS NAST, ATTORNEY AT LAW**



By: _____
            Thomas Nast, Esq.
            Attorney for Cross Defendant HT BROOKS



Dated:                              **KAUFMAN DOLOWICH & VOLUCK LLP**



By: _____
            Katherine S. Catlos, Esq.
            Attorneys for Cross-Defendant
            JERRY PAJOUH ENTERPRISES, INC.

2

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1

ORDER

2

It is hereby ordered:

3

The Settlement Conference set for November 2, 2007 at 8:45 a.m. is hereby vacated and

4

that the new date will be January 4, 2008.  Cross-Complainants have until October 31, 2007 to

5

respond to the Cross-Complaints.

6

IT IS SO ORDERED.

7

8

Dated:   October 17, 2007                    By: /s/OLIVER W. WANGER

9

Hon. Oliver W. Wanger
Judge of the United States District Court

10

Eastern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com