**KAUFMAN DOLOWICH & VOLUCK LLP**
KATHERINE S. CATLOS, ESQ. SBN 184227
kcatlos@kdvlaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone:  (415) 402-0059
Facsimile:   (415) 402-0679

Attorneys for Cross-Defendant JERRY PAJOUH ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI,<br><br>            Plaintiff,<br><br>     vs.<br><br>VINCENT and CLAUDINE NOVAK, as Trustees of the VINCENT and CLAUDINE NOVAK Trust,<br><br>            Defendants, | Case No.: 1:07-CV-745-OWW-NEW<br><br>ACTION FILED:  May 21, 2007<br><br>STIPULATION AND ORDER TO EXTEND LAST DAY FOR CROSS-DEFENDANTS TO RESPOND TO CROSS COMPLAINT |

   Plaintiff WILLIAM TRANQUILLI; Defendants/Cross-Complainants, VINCENT and CLAUDINE NOVAK, as Trustees of the VINCENT and CLAUDINE NOVAK Trust; Cross-Defendant HT BROOKS; and Cross-Defendant JERRY PAJOUH ENTERPRISES, INC., through their respective counsel, hereby Stipulate as follows:

1. On October 18, 2007, an ADA site inspection of the subject property was conducted;
2. Plaintiff's ADA expert is currently in trial proceedings as a witness in an unrelated matter and requires two to three weeks to provide a report regarding alleged ADA violations and proposed structural changes per the site inspection;
3. Plaintiff's ADA expert's report is required in order to finalize any settlement agreement;
4. Plaintiff's, Cross-Defendants', and Defendants/Cross-Complainants' counsels agreed to provide Cross-Defendants until November 30, 2007 to respond to the Cross Complaint pending these settlement discussions;
5. Because the parties are awaiting for Plaintiff's expert's ADA report before potentially

1
JOINT STIPULATION TO EXTEND ANSWER DEADLINE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

finalizing a settlement agreement, the parties jointly request that Cross-Defendants' deadline to respond to the Cross Complaint be extended for thirty (30) days. Thus, Cross-Defendants' response would be due on November 30, 2007.

6. The parties respectfully request that the Court order the responsive pleading be due on November 30, 2007, based on the above stipulations.

IT IS SO STIPULATED AND AGREED:

Dated:　　　　　　　　　　**THOMAS NELSON STEWART, III, ATTORNEY AT LAW**

By: _____
　　Thomas Nelson Stewart, III, Esq.
　　Attorney for Plaintiff WILLIAM TRANQUILLI

Dated:　　　　　　　　　　**PEEL, GARCIA & STAMPER LLP**

By: _____
　　James W. Peel, Esq.
　　Attorneys for Defendants and Cross-Defendants
　　VINCENT and CLAUDINE NOVAK, as Trustees of
　　the VINCENT and  CLAUDINE NOVAK Trust

Dated:　　　　　　　　　　**THOMAS NAST, ATTORNEY AT LAW**

By: _____
　　Thomas Nast, Esq.
　　Attorney for Cross Defendant HT BROOKS

Dated:　　　　　　　　　　**KAUFMAN DOLOWICH & VOLUCK LLP**

By: _____
　　Katherine S. Catlos, Esq.
　　Attorneys for Cross-Defendant
　　JERRY PAJOUH ENTERPRISES, INC.

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

It is hereby ordered:

Cross-Defendants have until November 30, 2007 to respond to the Cross Complaints.

IT IS SO ORDERED.

Dated:   October 24, 2007          By: /s/ OLIVER W. WANGER
                                       Hon. Oliver W. Wanger
                                       Judge of the United States District Court
                                       Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com