1 | **KAUFMAN DOLOWICH & VOLUCK LLP**
2 | KATHERINE S. CATLOS, ESQ. SBN 184227
  | kcatlos@kdvlaw.com
3 | ABRAHAM J. YACOBIAN, ESQ. SBN 235145
  | ayacobian@kdvlaw.com
4 | 351 California Street, Suite 500
5 | San Francisco, CA 94104
  | Telephone: (415) 402-0059
6 | Facsimile:  (415) 402-0679

7 | Attorneys for JERRY PAJOUH

FILED
NOV 3 0 2007
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI,<br><br>  Plaintiff,<br><br>  vs.<br><br>VINCENT and CLAUDINE NOVAK, as Trustees of the VINCENT and CLAUDINE NOVAK Trust,<br><br>  Defendants.<br><br>VINCENT and CLAUDINE NOVAK, as Trustees of the VINCENT and CLAUDINE NOVAK Trust,<br><br>  Cross-Complainants,<br><br>  vs.<br><br>H.T. BROOKS, JERRY PAJOUH ENTERPRISES, INC., AND ROES 1 to 10, Inclusive,<br><br>  Cross-Defendants. | Case No.: **1:07-CV-00745-OWW-GSA**<br><br>ACTION FILED: May 21, 2007<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND LAST DAY FOR CROSS-DEFENDANTS TO RESPOND TO CROSS-COMPLAINT** |

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DAY FOR
CROSS-DEFENDANTS TO RESPOND TO CROSS-COMPLAINT

Plaintiff WILLIAM TRANQUILLI; Defendants/Cross-Complainants, VINCENT and CLAUDINE NOVAK, as Trustees of the VINCENT and CLAUDINE NOVAK Trust; Cross-Defendant HT BROOKS; and Cross-Defendant JERRY PAJOUH ENTERPRISES, INC., through their respective counsel, hereby Stipulate as follows:

1. On October 18, 2007, an ADA site inspection of the subject property was conducted;
2. Plaintiff's ADA expert recently provided his report, and the parties are currently discussing settlement of all claims between all parties;
3. The parties anticipate requiring several more weeks to finalize the terms of the settlement;
4. Cross-Defendants' and Defendants/Cross-Complainants' counsels agreed to provide Cross-Defendants until December 21, 2007 to respond to the Cross Complaint pending these settlement discussions;
5. Because the parties are engaging in good faith settlement discussions of all claims, the parties jointly request that Cross-Defendants' deadline to respond to the Cross Complaint be extended for twenty-one (21) days. Thus, Cross-Defendants' response would be due on December 21, 2007.
6. The parties respectfully request that the Court order the responsive pleading be due on December 21, 2007, based on the above stipulations.

IT IS SO STIPULATED AND AGREED:

Dated: November 29, 2007        **PEEL, GARCIA & STAMPER LLP**

                                /S/ James W. Peel
                                By: _____
                                James W. Peel, Esq.
                                Attorneys for Defendants and Cross-Defendants
                                VINCENT and CLAUDINE NOVAK, as Trustees of
                                the VINCENT and CLAUDINE NOVAK Trust

| | | |
|---|---|---|
| 1 | Dated: November 29, 2007 | **THOMAS NAST, ATTORNEY AT LAW** |
| 2 | | /S/ Thomas Nast |
| 3 | | By: _____ |
| 4 | | Thomas Nast, Esq.<br>Attorney for Cross Defendant HT BROOKS |
| 6 | Dated: November 29, 2007 | **KAUFMAN DOLOWICH & VOLUCK LLP** |
| 7 | | /S/ Katherine S. Catlos |
| 8 | | By: _____ |
| 9 | | Katherine S. Catlos, Esq.<br>Attorneys for Cross-Defendant<br>JERRY PAJOUH ENTERPRISES, INC. |

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DAY FOR
CROSS-DEFENDANTS TO RESPOND TO CROSS-COMPLAINT

[PROPOSED] ORDER

It is hereby ordered:

Cross-Defendants have until December 21, 2007 to respond to the Cross Complaints.

IT IS SO ORDERED.

Dated: 11-29-07      By: _____
Hon. Oliver W. Wanger
Judge of the United States District Court
Eastern District of California