UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM TRANQUILLI, | ) | 1:07-cv-0745 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| VINCENT AND CLAUDINE NOVAK, AS TRUSTEES OF THE VINCENT AND CLAUDINE NOVAK TRUST, | ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) ) | |
| AND RELATED CROSS-ACTIONS. | ) ) | |

Upon stipulation of all parties, Plaintiff's complaint and the third-party claims of Vincent and Claudine Novak as Trustees of the Vincent and Claudine Novak Trust against H.T. Brooks, Jerry Pajouh Enterprises, Inc., is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   January 17, 2008            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1